IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| $CO_2$ COMMITTEE, INC., <br>         Petitioner, <br><br> v. <br><br> KINDER MORGAN $CO_2$ COMPANY, L.P. f/k/a SHELL $CO_2$ COMPANY, LTD., MOBIL PRODUCING TEXAS AND NEW MEXICO, INC., and CORTEZ PIPELINE COMPANY, a partnership, <br>         Respondents. | CASE NO. 1:11-cv-00535-WDS -RHS |

## ORDER CONFIRMING FINAL AWARD

THIS MATTER comes before the Court on the parties' Joint Application for Order Confirming Arbitration Award (Doc. 1), filed on June 8, 2011. Having reviewed and considered the parties' submissions, the parties' agreements, and the arbitration panel's May 5, 2011 Final Award, including the Agreed Schedule attached thereto as Exhibit 1, and being otherwise duly and fully advised, the Court finds that the Joint Application should be granted.

IT IS THEREFORE ORDERED that:

1. The Joint Application for Order Confirming Arbitration Award is hereby GRANTED; and

2. The arbitration panel's May 5, 2011 Final Award is hereby CONFIRMED in its entirety and binding upon all interested parties.

_____
W. Daniel Schneider
United States Magistrate Judge