IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| $CO_2$ COMMITTEE, INC.,<br>        Petitioner,<br><br>v.<br><br>KINDER MORGAN $CO_2$ COMPANY, L.P.<br>f/k/a SHELL $CO_2$ COMPANY, LTD.,  MOBIL<br>PRODUCING TEXAS AND NEW MEXICO,<br>INC., and CORTEZ PIPELINE COMPANY, a<br>partnership,<br>        Respondents. | CASE NO. 1:11-cv-00535-WDS -RHS |

**FINAL JUDGMENT**

THIS MATTER having come before the Court upon the parties' Joint Application for Order Confirming Arbitration Award, the Court having considered the matters submitted by the parties and having issued its Order Confirming Final Award,

IT IS HEREWITH ORDERED, ADJUDGED AND DECREED that the May 5, 2011 Final Award (Doc. 1, Exhibit 1) is incorporated as if fully restated herein and is hereby entered as the final judgment of this Court in this matter.

_____
W. Daniel Schneider
United States Magistrate Judge